**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 11-4418-JFW (DTBx)**                                    Date:  June 11, 2012

Title:      Choice Hotels International, Inc. -v- Green Tree Capital, L.P. et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                              **None Present**
    **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                          None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

        In the Notice of Settlement filed on June 8, 2012, Dkt. No. 38, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **December 28, 2012**.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **December 28, 2012**.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

        IT IS SO ORDERED.

Initials of Deputy Clerk __sr_

(Rev. 1/31/12)