JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>   vs.<br><br>GREEN TREE CAPITAL, L.P., a California Limited Partnership; LIZA TORKAN, an individual; WASHINGTON FUND V, LLC, a California Limited Liability Company.<br><br>          Defendants. | CASE NO. CV-11-4418-JFW (DTBx)<br><br>**JUDGMENT**<br><br>Judge: John F. Walter<br>Courtroom:  16 |

**Judgment**

Pursuant to the Application of the above-captioned plaintiff to reopen this case and enter the stipulated judgment in this matter (Doc. 41) and this Court Order granting same (Doc. 42), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of plaintiff CHOICE HOTELS INTERNATIONAL, INC. ("Plaintiff") and against each and all of defendants GREEN TREE CAPITAL, L.P., a California Limited Partnership; LIZA TORKAN, an individual; WASHINGTON FUND V, LLC, a California Limited Liability Company (collectively referred to herein as "Defendants"), jointly and severally, as follows:

1.      Plaintiff shall recover from Defendants, jointly and severally, the total sum of ninety-five thousand U.S. Dollars ($95,000.00);

2.      A permanent injunction against Defendants, jointly and severally, is ordered as follows:

Defendants GREEN TREE CAPITAL, LP, LIZA TORKAN, and WASHINGTON FUND V, LLC, along with their agents, employees, officers, and representatives, and all those in active concert or participation with them, are permanently, and forever enjoined from using any of the following trademarks, and any mark(s) confusingly similar thereto or derivative thereof, without the consent of plaintiff CHOICE HOTELS INTERNATIONAL, INC.:

- United States Trademark Registration Nos. 0,886,881;
- United States Trademark Registration No. 1,050,372;
- United States Trademark Registration No. 1,183,294;
- United States Trademark Registration No. 1,534,820;
- United States Trademark Registration No. 1,699,581;
- United States Trademark Registration No. 1,769,488;
- United States Trademark Registration No. 2,729,999;
- United States Trademark Registration No. 2,946,054;

1            • United States Trademark Registration No. 3,448,436;

2            • United States Trademark Registration No. 3,448,437;

3            • United States Trademark Registration No. 3,053,888;

4            • United States Trademark Registration No. 2,732,875;

5            • United States Trademark Registration No. 3,435,885;

6            • United States Trademark Registration No. 3,569,789; and,

7            • United States Trademark Registration No. 3,837,912;

8       3.     The parties shall bear their own attorneys' fees and costs incurred in

9 this action;

10      4.     This Judgment shall be non-appealable.

11

12 Dated:  January 9, 2013

13

14                          Hon. John F. Walter

15                          Judge, U.S. District Court
                            Central District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT